**RECEIVED**

JAN 2 4 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| GLEN ADAMS | CIVIL ACTION NO. 07-1259 |
| VS. | SECTION P |
| JIMMY SHIVERS, WARDEN | MAGISTRATE JUDGE METHVIN |
| | JUDGE DOHERTY |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the petition be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and exhibits annexed to it that the petitioner is not entitled to relief.

THUS DONE AND SIGNED, in chambers, in Lafayette, Louisiana, on this 24 day of January, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE